1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6475
FAX: (415) 436-7234
wendy.garbers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-cr-00473 WHO |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| MICHAEL BALLARD, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against MICHAEL BALLARD.

DATED:  December 7, 2023              Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

             /s/
MARTHA BOERSCH
Chief, Criminal Division

NOTICE OF DISMISSAL
No. 21-cr-00473 WHO_____                                         v. 8/4/2021

Leave is granted to the government to dismiss the indictment against MICHAEL BALLARD.

Date: December 15, 2023

_____
HON. WILLIAM H. ORRICK
United States District Judge